SIGNED.

Dated: April 6, 2012

*James M. Marlar*

**James M. Marlar, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DEMPSTER JACKSON and MARY JACKSON,<br>        Debtors. | Chapter 7<br>No. 2:08-bk-14091-JMM<br>Adversary No. 2:10-ap-00291-JMM |
| GENOS WILLIAMS,<br>        Plaintiff,<br>vs.<br>DEMPSTER JACKSON and MARY JACKSON,<br>        Defendants. | **MEMORANDUM DECISION** |

After consideration of the documentary evidence received and testimony at a hearing on March 22, 2012, the court finds and concludes that preponderance of evidence supports an award of damages, in favor of the Plaintiff, in the sum of $1,030,657.78.

Counsel for Plaintiff shall lodge an appropriate form of final judgment within 15 days. Any party aggrieved thereby must file an appeal within 14 days after entry of the final judgment on the court's docket. FED. R. BANKR. P. 8002.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Noticing Center ("BNC") to all parties to this adversary proceeding