SIGNED.

Dated: May 4, 2012

*James M. Marlar*

**James M. Marlar, Chief Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEMPSTER JACKSON and MARY JACKSON,<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>No. 2:08-bk-14091-JMM<br><br>Adversary No. 2:10-ap-00291-JMM |
| GENOS WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DEMPSTER JACKSON and MARY JACKSON,<br><br>　　　　　　　　Defendants. | **MEMORANDUM DECISION** |

　　　　The Plaintiff has lodged a form of judgment which contains the following language: "IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Rule 7054(d)(2), Fed. R. Bank. P., Plaintiff may file an appropriate motion for attorneys' fees and costs within fourteen days from entry of this Judgment."  The court will excise that language from its final judgment, because neither its Memorandum Decision on damages, nor its ruling on the judgment for liability, allowed this additional remedy.  Moreover, at the damages phase of this case, no evidence was introduced as to the legal entitlement to fees, or as to what those fees were.  The court did not reserve, for the Plaintiff, any future presentation of evidence on any fee issue.

　　　　Fees were, however, specifically awarded as a sanction for discovery violations, and the court will include such language in the final judgment, as the only additional award.

In connection with the reasoning herein, the court will prepare and enter a final judgment, by separate document.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Noticing
Center ("BNC") to all parties to this adversary proceeding